Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>   Plaintiff,<br><br>   vs.<br><br>SHAW BLACKSTONE CENTER LLC, a Delaware limited liability company, et al.,<br><br>   Defendants. | No.  1:13-cv-00544-AWI-BAM<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT LAMPS PLUS, INC., A CALIFORNIA CORPORATION, DBA LAMPS PLUS #36 ONLY; [**~~PROPOSED~~**] ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Shaw Blackstone Center LLC, a Delaware limited liability company; BBSN Tiwana LLC, a California limited liability company, dba Port of Subs #102; Skechers U.S.A., Inc., a Delaware corporation; and Lamps Plus, Inc., a California corporation, dba Lamps Plus #36, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure  41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice **as to Defendant Lamps Plus, Inc., a California corporation, dba Lamps Plus #36 <u>only</u>**.  Each party is to bear its own attorneys' fees and costs.

Date: August 16, 2013					MOORE LAW FIRM, P.C.

						*/s/ Tanya E. Moore*
						Tanya E. Moore
						Attorneys for Plaintiff
						Ronald Moore

| | |
|---|---|
| Date: August 16, 2013 | FINNERTY LAW OFFICES INC. |
| | */s/ Kathleen E. Finnerty* |
| | Kathleen E. Finnerty, Attorneys for Defendant, SHAW BLACKSTONE CENTER, LLC, a Delaware limited liability company |
| Date: August 16, 2013 | */s/ Bruce A. Neilson* |
| | Bruce A. Neilson, Attorney for Defendant, BBSN TIWANA, LLC, a California limited liability company, dba PORT OF SUBS #102 |
| Date: August 14, 2013 | BUCHALTER NEMER A Professional Corporation |
| | */s/ William Miller* |
| | William Miller, Attorneys for Defendant, SKECHERS U.S.A., INC. |
| Date: August 14, 2013 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | */s/ Martin H. Orlick* |
| | Martin H. Orlick, Attorneys for Defendant, LAMPS PLUS, INC., a California corporation, dba LAMPS PLUS #36 |

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that **Defendant Lamps Plus, Inc., a California corporation, dba Lamps Plus #36 only** be dismissed from this action with prejudice. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   August 16, 2013                                    _____
                                                                                  SENIOR DISTRICT JUDGE