Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br><br>    vs.<br><br>SHAW BLACKSTONE CENTER LLC, a Delaware limited liability company, et al.,<br><br>        Defendants. | No. 1:13-cv-00544-AWI-BAM<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT LAMPS PLUS, INC., A CALIFORNIA CORPORATION, DBA LAMPS PLUS #36 ONLY; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Shaw Blackstone Center LLC, a Delaware limited liability company; BBSN Tiwana LLC, a California limited liability company, dba Port of Subs #102; Skechers U.S.A., Inc., a Delaware corporation; and Lamps Plus, Inc., a California corporation, dba Lamps Plus #36, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice **as to Defendant Lamps Plus, Inc., a California corporation, dba Lamps Plus #36 only**. Each party is to bear its own attorneys' fees and costs.

Date: August 16, 2013                    MOORE LAW FIRM, P.C.

                                         */s/ Tanya E. Moore*
                                         Tanya E. Moore
                                         Attorneys for Plaintiff
                                         Ronald Moore

| | | |
|---|---|---|
| 1 | Date: August 16, 2013 | FINNERTY LAW OFFICES INC. |
| 2 | | |
| 3 | | */s/ Kathleen E. Finnerty* |
| | | Kathleen E. Finnerty, Attorneys for |
| 4 | | Defendant, SHAW BLACKSTONE CENTER, |
| 5 | | LLC, a Delaware limited liability company |
| 6 | Date: August 16, 2013 | */s/ Bruce A. Neilson* |
| 7 | | Bruce A. Neilson, Attorney for Defendant, |
| | | BBSN TIWANA, LLC, a California limited |
| 8 | | liability company, dba PORT OF SUBS #102 |
| 9 | Date: August 14, 2013 | BUCHALTER NEMER |
| 10 | | A Professional Corporation |
| 11 | | */s/ William Miller* |
| | | William Miller, Attorneys for Defendant, |
| 12 | | SKECHERS U.S.A., INC. |
| 13 | Date: August 14, 2013 | JEFFER MANGELS BUTLER & MITCHELL |
| 14 | | LLP |
| 15 | | */s/ Martin H. Orlick* |
| 16 | | Martin H. Orlick, Attorneys for Defendant, |
| | | LAMPS PLUS, INC., a California corporation, |
| 17 | | dba LAMPS PLUS #36 |

### ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that **Defendant Lamps Plus, Inc., a California corporation, dba Lamps Plus #36 only** be dismissed from this action with prejudice. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   August 16, 2013                              _____
                                                                             SENIOR  DISTRICT  JUDGE