UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br> v.<br><br>SHAW BLACKSTONE CENTER, LLC, *et al.*,<br><br>    Defendants.<br>_____ / | Case No. 1: 13-cv-000544-BAM<br><br>**ORDER AFTER SETTLMENT AS TO DEFENDANT BBSN TIWANA  LLC ONLY** |

The parties have filed a Notice of Settlement indicating that settlement has been reached with Defendant BBSN Tiwana LLC, a California limited liability company, d/b/a Port of Subs #102 ("BBSN").  (Doc. 11).  Pursuant to this Court's Local Rule 160(b), this Court **ORDERS** the parties, **no later than October 17, 2013,** to file appropriate papers to dismiss Defendant BBSN.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

   Dated:   **September 20, 2013**            /s/ *Barbara A. McAuliffe*          _
                                            UNITED STATES MAGISTRATE JUDGE

1