Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>          Plaintiff,<br><br>     vs.<br><br>SHAW BLACKSTONE CENTER LLC, a Delaware limited liability company, et al.,<br><br>          Defendants. | No. 1:13-cv-00544-BAM<br><br>**STIPULATION FOR DISMISSAL OF ENITRE ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and the remaining Defendants Skechers USA, Inc. and Shaw Blackstone Center LLC, the Parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: October 29, 2013                MOORE LAW FIRM, P.C.


                                      */s/ Tanya E. Moore*
                                      Tanya E. Moore
                                      Attorney for Plaintiff
                                      Ronald Moore


Date: October 29, 2013                BUCHALTER NEMER


                                      */s/ William Miller*
                                      William Miller
                                      Attorneys for Defendant
                                      Skechers USA Inc.


Date: October 29, 2013                FINNERTY LAW OFFICES, INC.


                                      */s/ Kathleen E. Finnerty*
                                      Kathleen E. Finnerty
                                      Attorneys for Defendant
                                      Shaw Blackstone Center, LLC

**ORDER**

Pursuant to the joint stipulation of dismissal filed on October 29, 2013, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 29, 2013**                             /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE